UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-1897-PGB-DAB

DANIEL LUGO,

      Plaintiff,

v.

735 N ATLANTIC DB, LLC

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

                                        s/Drew M. Levitt
                                        DREW M. LEVITT
                                        Florida Bar No. 782246
                                        drewmlevitt@gmail.com
                                        LEE D. SARKIN
                                        Florida Bar No. 962848
                                        lsarkin@aol.com
                                        4700 N.W. Boca Raton Boulevard
                                        Suite 302
                                        Boca Raton, Florida 33431
                                        Telephone (561) 994-6922
                                        Attorneys for Plaintiff