UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:22-cv-1897-PGB-DAB

DANIEL LUGO,

        Plaintiff,

v.

735 N ATLANTIC DB, LLC

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Cory S. Carano |
| DREW M. LEVITT | CORY S. CARANO |
| Florida Bar No. 782246 | Florida Bar No. 63853 |
| drewmlevitt@gmail.com | cory@caronolegal.com |
| Lee D. Sarkin | Cory S. Carano, P.A. |
| Florida Bar No. 962848 | 250 N. Congress Avenue, Ste. D |
| lsarkin@aol.com | Delray Beach, Florida 33445 |
| 4700 N.W. Boca Raton Boulevard | Telephone (954) 261-4760 |
| Suite 302 | Attorney for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |